UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW SUH,

                Plaintiff,

    -against-

DEPT. OF JUSTICE,

                Defendant.

22-CV-2847 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued April 7, 2022, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Andrew Suh may wish to bring in the future.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Andrew Suh at the address listed on the Court's docket, and to Young Yil Jo, at 1932 East Washington Boulevard, Pasadena, California 91104, his address of record in other recent actions, and note service on the docket.

SO ORDERED.

Dated:  April 7, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge